No. 81–1467.  UNVERT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 81–1480.  BOWMAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–1501.  LACEY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 81–1522.  PEACHTREE CITY *v.* H & H OPERATIONS, INC.  Sup. Ct. Ga.  Certiorari denied.

No. 81–1558.  COCHRANE & BRESNAHAN *v.* SMITH, GUARDIAN AD LITEM.  C. A. 5th Cir.  Certiorari denied.

No. 81–1632.  HONDA MOTOR CO., LTD. *v.* HAUSCHILD.  C. A. 7th Cir.  Certiorari denied.

No. 81–1639.  MOUNT VERNON MEMORIAL PARK ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION.  C. A. 9th Cir.  Certiorari denied.

No. 81–1663.  KIBLER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 81–1668.  PINE BELT LAND CO. ET AL. *v.* MISSISSIPPI STATE HIGHWAY COMMISSION ET AL.  Sup. Ct. Miss.  Certiorari denied.

No. 81–1669.  SCHIAVO BROTHERS, INC. *v.* UNITED STATES GYPSUM CO.  C. A. 3d Cir.  Certiorari denied.

No. 81–1670.  BANKERS TRUST CO. ET AL. *v.* BP OIL, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.